PD-1157-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/3/2015 2:17:27 PM
Accepted 9/9/2015 9:17:11 AM
ABEL ACOSTA
CLERK

FILED IN
COURT OF CRIMINAL APPEALS

SEPTEMBER 9, 2015

ABEL ACOSTA, CLERK

**PDR No. _____**

**Court of Appeals No.  11-12-00019-CR**

| | | |
|---|---|---|
| **RICKEY ELLISON** | § | **IN THE TEXAS COURT OF** |
| | § | |
| **v.** | § | **CRIMINAL APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **AT AUSTIN, TEXAS** |

## PETITIONER'S  MOTION FOR EXTENSION OF TIME TO FILE *PRO SE* PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes RICKEY ELLISON,   Petitioner in the above styled and numbered cause, and moves this Court for a 90-day extension to file his *Pro Se* Petition for Discretionary Review, and would show as follows:

1.      Petitioner has been convicted of the felony offense of Murder and assessed a sentence of life imprisonment in the 331ˢᵗ District Court of Travis County, Texas.

2.      The Eleventh District Court of Appeals issued an published decision in this case on August 13, 2015.    *Rickey Ellison v. State of Texas*, 11-12-00019-CR (Tex.App.- Eastland August 25, 2015).    Petitioner did not file a motion for Rehearing.   The PDR in this case is due on or before September 14, 2015.

3.      The undersigned counsel was appointed in the present case to

1

represent Petitioner on direct appeal, but will not be continuing his representation in seeking a petition for discretionary review.

4. In order to pursue his options, Petitioner needs time to retain counsel, or to obtain the record and other necessary documents in which to prepare a PDR on a *pro se* basis. Accordingly, the undersigned counsel request on Petitioner's behalf a 90 day extension of time to file his Petition for Discretionary Review in this case.

5. Petitioner's personal information for the purposes of notices by this Court is as follows:

> Mr. Rickey Ellison
> # 00333498
> TDCJ Allred Unit
> 2101 FM 369 North
> Iowa Park, TX 76367

**WHEREFORE, PREMISES CONSIDERED**, Petitioner prays that this Court grant this Motion, and grant an additional 90 days to file a PDR in this case

> Respectfully submitted,
>
> Law Office of Alexander L. Calhoun
> 4301 W. William Cannon Dr., Ste. B-150, # 260
> Austin, TX 78749
> Tele: 512/ 420-8850
> Fax: 512/ 233 - 5946
> Cell: 512/ 731-3159
> Email: alcalhoun@earthlink.net

2

BY:_/s/ *Alexander L Calhoun*___
Alexander L. Calhoun
State Bar No.: 00787187

Attorney for Rickey Ellison

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015, a copy of the above and foregoing motion has been served upon the Travis County District Attorney's Office, Blackwell-Thurman Justice Complex, Austin, TX 78767 by email to opposing counsel at the following address: scott.talliaferro@co.travis.tx.us and by United States Mail to the State Prosecution Attorney by U.S. Mail at the following address:

P.O. Box 13046
Capitol Station
Austin, Texas 78711

by United States Mail.

/s/ *Alexander L Calhoun*
Alexander L. Calhoun

3